UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL D. HARRIS,

    Plaintiff,

v.                                          Case No.:   2:20-cv-391-SPC-MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **ORDER**[1]

Before the Court is a *sua sponte* review of the case. On November 9, 2021, the Court dismissed Plaintiff's Complaint without prejudice for lack of subject-matter jurisdiction. (Doc. 26). The Court gave Plaintiff until November 23, 2021, to file an amended complaint and warned that failure to file an amended complaint would result in the case getting closed without notice. (Doc. 26 at 3). Plaintiff did not amend. So the Court's Order becomes a final judgment. *Auto. Alignment & Body Servs., Inc. v. State Farm*, 953 F.3d 707, 719-20 (11th Cir. 2020).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

This action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions or deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 30, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record